IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Action No.   00-cr-00264-RPM

UNITED STATES OF AMERICA,

                        Plaintiff,

v.

VERNON TYRONE LEWIS,

                        Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

      A supervised release violation hearing is scheduled for **December 8, 2011, at 4:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: November 23, 2011