IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Action No. 00-cr-00264-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VERNON TYRONE LEWIS,

        Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Due to a conflict in the Court's calendar, the supervised release violation hearing scheduled for December 8, 2011, is vacated and **RESCHEDULED for December 15, 2011, at 4:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: December 7, 2011