IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Action No.    00-cr-00264-RPM

UNITED STATES OF AMERICA,

                              Plaintiff,

v.

VERNON TYRONE LEWIS,

                              Defendant.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


       The supervised release violation hearing scheduled for **December 15, 2011, at 4:00 p.m.** has been **rescheduled for 2:00 p.m. that same day** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.


DATED: December 12, 2011